## Gill *v.* Ladies Catholic Benevolent Association, Appellant.

Argued March 4, 1908. Appeal, No. 27, March T., 1908, by defendants, from judgment of C. P. Luzerne Co., May T., 1906, No. 430, on verdict for plaintiff in case of Mary Gill v. The Ladies Catholic Benevolent Association. Before RICE, P. J., PORTER, HENDERSON and HEAD, JJ. Affirmed.

OPINION BY HENDERSON, J., July 15, 1908:

This case was argued with that of Mary Gill against the same defendant and arises out of the same contract. In an opinion this day filed, ante, p. 458, we affirmed the judgment of Mary Gill against the appellant and for the reasons stated in that opinion this judgment is also affirmed.